**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X

LAWRENCE BOWEN,                                    **Civil Action No.:**
                                                   **07-CIV-8182**
                     Plaintiff,

                                                     **RULE 7.1 DISCLOSURE**

    - against -

HOME DEPOT USA, INC. a/k/a HOME
DEPOT, INC.,

                     Defendant.
------------------------------------------X

    Pursuant to Rule 7.1 of the Rules of Civil Procedure, defendant, HOME DEPOT U.S.A., INC. i/s/h/a HOME DEPOT USA, INC. a/k/a HOME DEPOT INC. (hereinafter "HOME DEPOT") by its attorneys, Simmons, Jannace & Stagg, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

                     The Home Depot, Inc.

Dated:    Syosset, New York
          September 18, 2007

                              Yours, etc.,

                              SIMMONS, JANNACE & STAGG, L.L.P.


                              BY:    s/Kathryn FitzGerald
                                  KATHRYN FITZGERALD (kf-3697)
                              Attorneys for Defendant
                              HOME DEPOT U.S.A., INC. i/s/h/a
                              HOME DEPOT USA, INC. a/k/a HOME DEPOT INC.
                              **Office & P.O. Address:**
                              75 Jackson Avenue, Suite 100
                              Syosset, New York 11791-3139
                              (516) 357-8100

TO:

THE LAW OFFICE OF
ROBERT P. CUSUMANO, ESQ.
Attorney for Plaintiff
LAWRENCE BOWEN
Office & P.O. Address:
1068 Main Street, Suite 205
Fishkill, New York 12524
(845) 527-7882

**CERTIFICATE OF SERVICE**

**RE:**     **LAWRENCE BOWEN v. HOME DEPOT USA, INC.
a/k/a HOME DEPOT, INC.,
CIVIL ACTION 07 CV 8182 J. Brieant; M. Pitman**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, MARILYN C. AVONDET, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this **DEFENDANT'S RULE 7.1 DISCLOSURE** was made on September 20, 2007 by:

XX    Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

THE LAW OFFICE OF
ROBERT P. CUSUMANO, ESQ.
Attorney for Plaintiff
LAWRENCE BOWEN
Office & P.O. Address:
1068 Main Street, Suite 205
Fishkill, New York 12524
(845) 527-7882


Under penalty of perjury, I declare that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　__s/Marilyn C. Avondet_____
　　　　　　　　　　　　　　　　　　　　　　　MARILYN C. AVONDET

Sworn to before me this
20th day of September, 2007

_s/Janet L. Corsie__Exp. 11/15/09__
NOTARY PUBLIC    Nassau County No.: 01CO6033230


SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue, Suite 100
Syosset, New York 11791-3139
(516) 357-8100