# SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

381 BROADWAY, SUITE 300
WESTWOOD, NEW JERSEY 07675

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCA∆

JASON W. CREECH
JACQUELINE DELLA CHIESA
KATHRYN FITZGERALD
MICHAEL D. KERN∆
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAM∆
CARYN M. PINCUS*
COREY J. PUGLIESE
MARVIN N. ROMERO*
MICHELLE E. TARSON*

COUNSEL
SUSAN B. JANNACE
ROSS M. CHINITZ∆
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
∆ALSO ADMITTED CT
◊ALSO ADMITTED DC

April 8, 2008

Via Facsimile: (914) 390-4085
Chambers of District
Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601
Attn: Mrs. Alice Cama

   Re:  Lawrence Bowen v. Home Depot U.S.A., Inc.
        Docket No.: CV 07-8182(CLB)

Dear Ms. Cama:

   We represent defendant Home Depot U.S.A., Inc. in the above-referenced matter. This matter is scheduled for a conference on Friday, April 11, 2008 at 9:30 a.m. and the parties would like to request a 30 day adjournment since this matter is scheduled for mediation on April 23, 2008. Accordingly, this will confirm that the conference scheduled for April 11, 2008 has been adjourned on consent to May 9, 2008 at 9:00 a.m.

   Thank you for the opportunity to address the Court in this matter.

                            Respectfully Submitted,

                            Sal F. DeLuca (sd-2354)

SFD:mca

cc:  Via Facsimile:(845) 896-1472
     Robert P. Cusumano, Esq.
     1068 Main Street, Suite 205
     Fishkill, New York 12524