## SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

381 BROADWAY, SUITE 300
WESTWOOD, NEW JERSEY 07675

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCAΔ

JASON W. CREECH
JACQUELINE DELLA CHIESA
KATHRYN FITZGERALD
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAMΔ
COREY J. PUGLIESE
ROBERT M. RACKLEY*
MARVIN N. ROMERO*
MICHELLE E. TARSON*

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT
◊ALSO ADMITTED DC

May 8, 2008

**Via Facsimile: (914) 390-4085**
Chambers of District
Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601
Attn: Mrs. Alice Cama

    Re:  Lawrence Bowen v. Home Depot U.S.A., Inc.
         Docket No.: CV 07-8182(CLB)

Dear Ms. Cama:

    This office represents defendant Home Depot U.S.A., Inc. in the above-referenced matter. This letter will confirm your telephone conversation with Mr. Cusumano that the scheduled conference in the above matter for Friday, May 9, 2008 at 9:00 a.m. is adjourned on consent of all parties and the Court's approval to May 16, 2008 at 9:00 a.m.

    Thank you for the opportunity to address the Court in this matter.

Respectfully Submitted,

Sal F. DeLuca (sd-2354)

SFD:mca

cc:  **Via Facsimile:(845) 896-1472**
     Robert P. Cusumano, Esq.
     1436 Route 52
     Fishkill, New York 12524

usdc.sd.brieant.ltr3