UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
LAWRENCE BOWEN,

    Plaintiff,

 - against -

HOME DEPOT, USA, INC. a/k/a
HOME DEPOT, INC..

    Defendant.
---------------------------------------X

Civil Action No.:
CV 07-8182 (CLB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

J. Brieant

  IT IS **HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. *This case may be re-opened within sixty (60) days to enforce the terms of the Settlement agreement.*

Dated: Syosset, New York
   May 8, 2008

ROBERT P. CUSUMANO, ESQ.

By: /s/ Robert P. Cusumano
  ROBERT P. CUSUMANO (rc- )

Attorney for Plaintiff
LAWRENCE BOWEN

Office & P.O. Address:
1436 Route 52
Fishkill, New York 12524
(845) 527-7882

SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
  SAL F. DeLUCA (sd-2354)

Attorney for Defendant
HOME DEPOT U.S.A., INC. s/h/a
THE HOME DEPOT U.SA, INC. a/k/a
HOME DEPOT
Office & P.O. Address:
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100

SO ORDERED: May 16, 2008
/s/ Charles L. Brieant
U.S.D.J.