UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LAWRENCE BOWEN,                              Civil Action No.:
                                             CV 07-8182 (CLB)
                Plaintiff,
                                             **STIPULATION OF
    - against -                              DISCONTINUANCE
                                             WITH PREJUDICE** & order
HOME DEPOT, USA, INC. a/k/a
HOME DEPOT, INC.,                            J. Brieant

                Defendant.
-----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    Syosset, New York
          May 8, 2008

ROBERT P. CUSUMANO, ESQ.              SIMMONS, JANNACE & STAGG, L.L.P.

By: /s/ Robert P. Cusumano            By: _____
    ROBERT P. CUSUMANO (rc-  )            SAL F. DeLUCA (sd-2354)

Attorney for Plaintiff                Attorney for Defendant
LAWRENCE BOWEN                        HOME DEPOT U.S.A., INC. s/h/a
                                      THE HOME DEPOT USA, INC. a/k/a
Office & P.O. Address:                HOME DEPOT
1436 Route 52                         Office & P.O. Address:
Fishkill, New York 12524              75 Jackson Avenue
(845) 527-7882                        Syosset, New York 11791-3139
                                      (516) 357-8100

SO ORDERED:
/s/ Charles L. Brieant     June 3, 2008
U.S.D.J.                   White Plains, NY